UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80378-CIV-HURLEY

JOSE GALVEZ, CARLOS AGUILAR,
FERNANDO CANO, NOEL CARDENAS, and
JOSE MARTIN SALINAS,
    plaintiffs,

vs.

JOSE CUEVAS, and
WESTPORT STUCCO OF FLORIDA, INC.,
    defendants.
_____/

### ORDER APPROVING FLSA SETTLEMENT AGREEMENT
### & ORDER OF FINAL DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT WESTPORT STUCCO OF FLORIDA, INC. *ONLY*

**THIS CAUSE** is before the court in this FLSA action upon the parties' stipulation for dismissal with prejudice as to defendant Westport Stucco of Florida , Inc. only filed September 2, 2008 [DE# 39]. Having reviewed the stipulation and proposed settlement agreement, it is

**ORDERED AND ADJUDGED**:

1. The parties' joint motion for approval of FLSA settlement agreement and motion for dismissal with prejudice as to defendant Westport Stucco based on settlement [DE# 39] is **GRANTED.**

2. The parties' proposed settlement agreement is **APPROVED,** and the claims of plaintiff **JOSE GALVEZ, CARLOS AGUILAR, FERNANDO CANO, NOEL CARDENAS and JOSE MARTIN SALINAS** against the defendant **WESTPORT STUCCO OF FLORIDA, INC.** *only* are **DISMISSED WITH PREJUDICE,** with each party to bear its own attorneys' fees

1

and costs except as otherwise stipulated between the parties pursuant to settlement agreement.

3. The court shall retain jurisdiction to enforce the settlement agreement upon which the above described stipulated dismissal of all claims is predicated.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 6th day of October, 2008.

　　　　　　　　　　　　　　　　　　　　　　　Daniel T. K. Hurley
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc.

all counsel

2