UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80378-CIV-HURLEY/HOPKINS

JOSE GALVEZ et al.,
   plaintiff,

v.

JOSE CUEVAS and
WESTPORT STUCCO OF FLORIDA, INC.,
   defendants.
_____/

### FINAL JUDGMENT ON ATTORNEYS' FEES AND COSTS

**THIS CAUSE** is before the court upon plaintiff's motion for attorneys' fees and costs [DE#49, 50] which was previously referred to Magistrate Judge James Hopkins for a report and recommendation [DE# 51]. On March 11, 2009, Magistrate Judge Hopkins filed his report and recommendation upon the motion, to which neither side has filed any objection.

Having carefully reviewed the report, and finding the recommendation of Judge Hopkins to be sound and well reasoned, it is **ORDERED AND ADJUDGED**:

1. The Report & Recommendation of Magistrate Judge Hopkins [DE# 54] is **APPROVED and ADOPTED** in full.

2. The plaintiff's motion for attorneys' fees and costs [DE# 49, 50] is **GRANTED in PART and DENIED in PART,** with $23,500 awarded in attorneys' fees and $483.74 awarded for total litigation expenses, as recommended by Magistrate Judge Hopkins.

1

3. The plaintiffs, **JOSE GALVEZ, CARLOS AGUILAR, FERNANDO CANO, NOEL CARDENAS and JOSE MARTIN SALINAS,** shall take and recover attorneys fees and costs against the defendants, **JOSE CUEVAS and WESTPORT STUCCO OF FLORIDA, INC.** jointly and severally, in the **TOTAL AMOUNT** of **$23,983,74**, for which let execution issue.

4. Post- judgment interest shall accrue on such sum at the rate prescribed by 28 U.S.C. § 1961 from the date of entry of this judgment until fully satisfied.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 14 day of April, 2009.

                                                        Daniel T. K. Hurley
                                                        United States District Judge

cc. all counsel